Filing # 100251147 E-Filed 12/12/2019 05:11:47 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NUMBER:
DIV:

ARTESHA PLAIR as natural guardian of,
K.E., a minor child
     Plaintiff,

v.

THE KRYSTAL COMPANY,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

    Plaintiff, ARTHESHA PLAIR as natural guardian of K.E., a Minor Child, (hereinafter "Plaintiff"), by and through the undersigned attorney, sues Defendant, THE KRYSTAL COMPANY, (hereinafter "Defendant"), and alleges:

    1.    This is an action for damages that exceed $15,000.00.

    2.    At all times material hereto, Plaintiff was a resident of Duval County, Florida.

    3.    At all times material hereto, Defendant was a Tennessee corporation authorized to do business in the State of Florida, conducting business and holding real estate in Duval County, Florida at 5814 Normandy Boulevard, Jacksonville, FL 32205, whose registered agent, CT Corporation System, is located at 1200 South Pine Island Rd., Plantation, FL 33324.

4.      On or about December 29, 2015, Defendant was in possession of a building located at 5814 Normandy Boulevard, Jacksonville, FL 32205, that was open to the public for retail sales, and members of the public were invited therein as business invitees.

5.      At that time and place, Plaintiff went to the property of Defendant for the purpose of purchasing and consuming food.

6.      At that time and place, K.E. a minor child, slipped on an area of wet or greasy tile flooring on the Defendant's premises and fell sustaining injury.

7.      At that time and place, Defendant negligently maintained the premises in that the floors were not clean, there were no floor mats, and no wet floor signs warning of any danger.

8.      Defendant failed to adequately inspect the premises prior to opening the premises to the public to ensure that the premises were in a reasonably safe condition.

9.      Defendant failed to provide maintenance on the premises prior to opening the premises to the public to ensure that the premises were in a reasonably safe condition.

10.     Defendant failed to warn Plaintiff of the negligently maintained premises, i.e. wet floor or greasy floor.

11.     The negligent condition was known to Defendant or had existed for a sufficient length of time so that Defendant should have known of it.

12.     As a proximate result of the negligence of Defendant, Plaintiff suffered bodily injury and resulting pain and suffering, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization and loss of earnings and earning capacity. The losses are either permanent or continuing and Plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, demands judgment against Defendant, THE KRYSTAL COMPANY, for damages, with interest and costs.  Plaintiff demands a jury trial as to all issues triable as a matter of right by jury.


DATED this 12th day of December, 2019.


Respectfully Submitted,

THE SOUD LAW FIRM

JEFFREY D. SOUD, ESQ.
Florida Bar No: 976090
575 Wells Road
Orange Park, FL 32073
Ph (904) 353-9000 / Fax (904) 353-9991
Email: civilpleadings@soudlaw.com
Attorney for Plaintiff